## CAROLINE VOGT

### *v.*

## C. L. BUSCHMAN *et al.*

In this case the court refused to disturb the finding of the court below on the ground, as contended, that the same was not supported by the weight of the evidence.

APPEAL from the Circuit Court of Washington county; the Hon. SILAS L. BRYAN, Judge, presiding.

This was a trial of the right of property, instituted by Caroline Vogt. It appears that C. L. Buschman and others, having obtained a judgment against the husband of the claimant, caused an execution to be issued thereon, and levied on the property in dispute, which she claims as her own separate property. The judgment of the circuit court gave to the

claimant one-third of the property levied on, and two-thirds to the plaintiffs in the execution. The claimant appeals.

Mr. AMOS WATTS, for the appellant.

Mr. L. M. PHILLIPS, and Mr. J. MILLER, for the appellees.

Per CURIAM: This case depends entirely upon the weight of conflicting evidence, which it was the province of the court sitting in the place of a jury to pass upon.

We perceive no reason for disturbing the finding, and the judgment of the court below must be affirmed.

*Judgment affirmed.*